# SCHEDULE A

## (FILED UNDER SEAL)