UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Chen Li
                         Plaintiff,

v.                              Case No.: 1:25−cv−10772

                         Honorable Edmond E. Chang

The Partnership and Unincorporated Associations Identified On Schedule A
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 18, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: (1.) Docket entry R. [4] was filed by the Plaintiff as a motion, but the filing is labeled as an amended complaint under seal, and it is not a motion. It is thus terminated on CM/ECF as a motion. In the future, the Plaintiff must not create confusion and make−work like this. (2.) The motion [9] to seal is granted, but only provisionally. The Court will again review the propriety of sealing when evaluating the underlying motion. (3.) It appears that R. 10 supersedes R. 5 (which is also a TRO motion), so R. [5] is terminated. (4.) The Plaintiff's extension motion [11] to file the joinder memo is granted to 09/23/2025. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.