## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Chen Li

                               Plaintiff,

v.                                        Case No.:
                                        1:25−cv−10772

                                        Honorable Edmond E. Chang

The Partnership and Unincorporated Associations
Identified On Schedule A

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 26, 2025:

        MINUTE entry before the Honorable Edmond E. Chang: The Court takes the joinder filing, R. 14, under advisement with the TRO motion, R. 10. The notice of motion for 10/01/2025 is vacated. The tracking status hearing of 10/10/2025 is reset to 10/31/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.