Chen Li v. Individuals, Partnerships, and Unincorporated Associations Identified on Schedule A

# Schedule A

| DOE | Platform | Seller Aliases | Item Number | Seller ID | URLs | Sales (ASIN Level) | Sales (Parent Level) |
|---|---|---|---|---|---|---|---|
| 6 | Amazon | Xiamenkaiyanmaoyiyouxiangongsi （USEQUICK） | B09N1VRNRR | A39SUWL7QNLD9M | https://www.amazon.com/EQUICK-Slippers-Cushioned-U221YZTX344-DN-Pearl-white-46-47/dp/B09MS73N3K/ref=sr_1_51_sspa?crid=3VKL6SK1FEFOH&dib=eyJ2IjoiMSJ9.KoCVt2Sx67Tyuui2cM28s5jZmN8tLLBA2HB9DMpYbbvxEDd8fzHMolO_7blTJQn5aXPdNlul5sKSYTDUeWq7jsMzPmpfqUz6ryhqMjMxkPQ.ZgwZWoD2SZ4JMEp2OMEgvGoUREwcIUmq1yI9vyaRuB8&dib_tag=se&keywords=House%2BSlides%2BShower%2BSandals&qid=1750733 | B09N1VRNRR (not showing up on Amazon) | $8,389.12 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 174&sprefix=house%2Bslides%2Bshower%2Bsandals%2Caps%2C837&sr=8-51-spons&xpid=I4mPD1EXsEjX9&sp_csd=d2lkZ2V0TmFtZT1zcF9hdGZbmV4dA&th=1&psc=1 | | |
| 7 | Amazon | GARDMA LLC（gardma） | B0D7JRPTGT | A2QCUE9JO7RJDD | https://www.amazon.com/gardma-Slippers-Slides-Cloudlies-Cushioned/dp/B0BZJNB11K/ref=sr_1_79?crid=3VKL6SK1FEFOH&dib=eyJ2IjoiMSJ9.sCzyLXo2eHIjdSg3cUvaiHgH9mkq0TY5V7TA8PGTU9JEBpj1VX7MVL7VzAttihpHQc1kqH54lwIFim5F2XQu-_HmSIdVBVwF5Ja_BHm1MWKdTnWCwBtu80tptPrQ4lauCe-Z2b-ctcL3xKK1N161_4Q7jobpha6cg3c8z7qUnAwSZtc98cZZ1lvWK2_Re5_FBeeM7wlO_bm4PsW5TAViGnMQZ9gqxCNtBfr5rbcEtx5qYOd1rz89zjRRJJWbYttf4jgyAWQ7lslf2f | B0D7JRPTGT (not showing up on Amazon) | $1,016.58 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | sn5Jmr6JHQWnYCjMvyTtDt27nwdxE.60OhhBH1XU7RnYgU2ZnzNwGIBtSQfwsjfGY3r9Oo60k&dib_tag=se&keywords=House+Slides+Shower+Sandals&qid=1750733174&sprefix=house+slides+shower+sandals%2Caps%2C837&sr=8-79&xpid=I4mPD1EXsEjX9 | | |
| 12 | Amazon | Core Ripple HK E-Commerce Co., Limited（Orthoshoes） | B0C2Y3M3Q8 | A2JEBWSGCNPKAT | https://www.amazon.com/Slides-Slippers-Non-Slip-Bathroom-Sandals/dp/B0C3PMRSBY/ref=sr_1_197?crid=3VKL6SK1FEFOH&dib=eyJ2IjoiMSJ9.Go8uyOhAHpZbnpcJv2FTByzsVP24-cTDUcJvO0447DrSZLwjNg2vaB7xZ9qYAOqVaWk9Ng1-76ZJB3xFVTGSVuIYpophLwG3PckfsEfNf43LSyYfVBJV7-ZC-KSktLpNZ2RZZ9hRuMGy8p-qXKHF61nX-Qw- | B0C2Y3M3Q8 (not showing up on Amazon) | $799.42 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | zq4M1qXur3k_JP0vRsZswsofbCZ5PoTKHeFN1-qCGVFYV1YNMb4H-QasTrV75ytz5Ui_rCkNhuaLv4g1Ijp4VvuXX1e6kxruW9R9-imyQxba48lgw1x-FCxud1bCE6etfnKxVoHHZ3VU9jg.XaS1cPoyeLCYxnwZ4vcdIxxAPVQ0LZmXITZTf2022Z4&dib_tag=se&keywords=House%2BSlides%2BShower%2BSandals&qid=1750734060&sprefix=house%2Bslides%2Bshower%2Bsandals%2Caps%2C837&sr=8-197&xpid=I4mPD1EXsEjX9&th=1&psc=1 | | |
| 10 | Amazon | Sifou Zhineng Keji Shanghai CO., LTD （icosylify） | B0CZ7N94CR | AXYRGYIVPTMT4 | https://www.amazon.com/icosylify-Slippers-Comfort-Non-Slip-Footwear/dp/B0CZ3ZHZZW/ref=sr_1_195?crid=3VKL6SK1FEFOH&dib=eyJ2IjoiMSJ9.Go8uyOhAHpZbnpcJv2FTByzsVP24-cTDUcJvO0447DrSZLwjNg | B0CZ7N94CR (not showing up on Amazon) | $708.26 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | 2vaB7xZ9qYAOqVaWk9Ng1-76ZJB3xFVTGSVuIYpophLwG3PckfsEfNf43LSyYfVBJV7-ZC-KSktLpNZ2RZZ9hRuMGy8p-qXKHF61nX-Qw-zq4M1qXur3k_JP0vRsZswsofbCZ5PoTKHeFN1-qCGVFYV1YNMb4H-QasTrV75ytz5Ui_rCkNhuaLv4g1Ijp4VvuXX1e6kxruW9R9-imyQxba48lgw1x-FCxud1bCE6etfnKxVoHHZ3VU9jg.XaS1cPoyeLCYxnwZ4vcdIxxAPVQ0LZmXITZTf2022Z4&dib_tag=se&keywords=House%2BSlides%2BShower%2BSandals&qid=1750734060&sprefix=house%2Bslides%2Bshower%2Bsandals%2Caps%2C837&sr=8-195&xpid=I4mPD1EXsEjX9&th=1&psc=1 | | |
| 9 | Amazon | PuTianShiChengXiangQuQiCaiJiaJuShangHang | B0DWKJJ8DF | A2XDMOC7OOWRU | https://www.amazon.com/Slippers-Outdoor-Bathroom- | B0DWKJJ8DF (not showing up on | $155.20 |

| | | （BoLu Trade Co. Ltd or Sevrx） | | | Non-Slip-Platform/dp/B0DSC3WCQL/ref=sr_1_165?crid=3VKL6SK1FEFOH&dib=eyJ2IjoiMSJ9.5q8qCPhhr3pJT0tOVEEQ4aI9Pi2fJk28Af_y9a45Z9Q8198nbby82XiQqb0Ti1Z1GHdnoReJjpD7KEenNLpTl30Ht6wIl2ZZJujuiPWIqsigcgXlPhpZsvpwTA78eMdPfYuLC7YM8zn6z4mnRyYQlsbxCNNEw9k7ePlnJp06TeSLHABV61PFPZxnlafhqo7PD8Y1uE1ywEM6FYlg6vlsV_g1_QzAhs3jMGfuL07qZzjqa-l44noWMb_dZNAnlug8acPcchx-ZSh8ZOU9_ZEgyieNwljXjUYnGRYITkx378w.GZOgvXl22RJmdvB_pef3Tv3DIs80IFh9qFx9qtD7DLg&dib_tag=se&keywords=House%2BSlides%2BShower%2BSandals&qid=1750733706&sprefix=house%2Bslides%2Bshower%2Bsandals%2Caps%2C837&sr= | Amazon) | |

| | | | | | | 8-165&xpid=I4mPD1EXsEjX9&th=1&psc=1 | | |
|---|---|---|---|---|---|---|---|---|
| 11 | Amazon | SHENZHEN HUACUILIN TECHNOLOGY LTD（Yinbwol Direct） | B094VHG6NW | A3EIFJY19WRSF0 | | https://www.amazon.com/Yinbwol-Slippers-Non-Slip-Sandals-Bathroom/dp/B094VHBQGX/ref=sr_1_196?crid=3VKL6SK1FEFOH&dib=eyJ2IjoiMSJ9.Go8uyOhAHpZbnpcJv2FTByzsVP24-cTDUcJvO0447DrSZLwjNg2vaB7xZ9qYAOqVaWk9Ng1-76ZJB3xFVTGSVuIYpophLwG3PckfsEfNf43LSyYfVBJV7-ZC-KSktLpNZ2RZZ9hRuMGy8p-qXKHF61nX-Qw-zq4M1qXur3k_JP0vRsZswsofbCZ5PoTKHeFN1-qCGVFYV1YNMb4H-QasTrV75ytz5Ui_rCkNhuaLv4g1Ijp4VvuXX1e6kxruW9R9-imyQxba48lgw1x-FCxud1bCE6etfnKxVoHHZ3 | B094VHG6NW (not showing up on Amazon) | $102.61 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | VU9jg.XaS1cPoyeLCYxnwZ4vcdIxxAPVQ0LZmXITZTf2022Z4&dib_tag=se&keywords=House%2BSlides%2BShower%2BSandals&qid=1750734060&sprefix=house%2Bslides%2Bshower%2Bsandals%2Caps%2C837&sr=8-196&xpid=I4mPD1EXsEjX9&th=1&psc=1 | | |
| 8 | Amazon | KTL Sports Corporation（VENECORE or Secret Shoebox） | B0D36RGPXW | AEQ6MQA8ICTQ0 | https://www.amazon.com/VENECORE-Slippers-Bathroom-Cushioned-Lightweight/dp/B0D367N518/ref=sr_1_164?crid=3VKL6SK1FEFOH&dib=eyJ2IjoiMSJ9.5q8qCPhhr3pJT0tOVEEQ4aI9Pi2fJk28Af_y9a45Z9Q8198nbby82XiQqb0Ti1Z1GHdnoReJjpD7KEenNLpTl30Ht6wIl2ZZJujuiPWIqsigcgB0D36RGPXWXlPhpZsvpwTA78eMdPfYuLC7YM8zn6z4mnRyYQlsbxCNNEw9k7ePlnJp06TeSLHABV61PFPZxnlafhqo7PD8Y1uE1ywEM6FYlg6v | B0D36RGPXW (not showing up on Amazon) | $21.85 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | lsV_g1_QzAhs3jMGfuL07q Zzjqa-l44noWMb_dZNAnlug8acPc chx-ZSh8ZOU9_ZEgyieNwljXjU YnGRYITkx378w.GZOgvXl 22RJmdvB_pef3Tv3DIs80IF h9qFx9qtD7DLg&dib_tag=se &keywords=House%2BSlide s%2BShower%2BSandals&q id=1750733706&sprefix=hou se%2Bslides%2Bshower%2B sandals%2Caps%2C837&sr= 8-164&xpid=I4mPD1EXsEjX9 &th=1&psc=1 | | |