**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Chen Li

                                      Plaintiff,

v.                                                        Case No.:
                                                             1:25−cv−10772

                                                             Honorable Edmond E. Chang

The Partnership and Unincorporated Associations
Identified On Schedule A

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 15, 2025:

    MINUTE entry before the Honorable Edmond E. Chang: The pending filings, now with a First Amended Complaint, are under advisement. The tracking status hearing of 12/19/2025 is reset to 01/23/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.