**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chen Li

Plaintiff,

v.

Case No.: 1:25−cv−10772
Honorable Edmond E. Chang

The Partnership and Unincorporated Associations Identified On Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Edmond E. Chang: In this design−patent infringement case, the Plaintiff's motion [10] for temporary restraining order and other relief is granted as to the Defendants in the Schedule A attached to the Amended Complaint. An order will be entered separately. Although the Court again expresses its concern about restraining assets before judgment, Grupo Mexicano de Desarrollo v. Alliance Bond Fund, 527 U.S. 308, 331 (1999), the Plaintiff does invoke a statutory remedy, namely, disgorgement of profits under 35 U.S.C. § 289, which is not a mere common−law equitable claim and thus could allow for pre−judgment restraint. To the extent that the restraint might be too broad, the Defendants may appear and file challenges to the scope of the TRO. The balance of factors tips in favor of the Plaintiff being able to freeze the assets without advance warning to the Defendants, who likely would seek to transfer the money elsewhere. The Plaintiff's motion [29] for expedited discovery and electronic service is granted for good cause to provide reasonable notice. ***The Plaintiff shall email an MS Word version of the proposed orders to Judge Chang's Proposed Order email account.*** The TRO will be effective (and start the 14−day clock) when posted on the docket. The tracking status hearing of 10/02/2026 is reset to 10/09/2026, but to track the case only (no appearance is required, the case will not be called). Instead, if appropriate, the Plaintiff shall file the TRO extension motion (or a preliminary injunction motion) no later than 10/06/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.