**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chen Li

Plaintiff,

v.

Case No.: 1:25−cv−10772
Honorable Edmond E. Chang

The Partnership and Unincorporated Associations Identified On Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 8, 2026:

MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's motion to clarify is granted as follows: the Court will enter a new TRO with the complete Schedule. The prior TRO is deemed to be inoperative. The new initial TRO expires on 10/22/2026. The motion to extend [45] the prior TRO is terminated as moot. The tracking status hearing of 10/09/2026 is reset to 10/23/2026 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, if appropriate, the Plaintiff shall file the TRO extension motion (or a preliminary injunction motion) no later than 10/19/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.