Deliver to Jianyin
Palmetto Bay 33157
All
Search Amazon
EN
Hello, Jianyin
Account & Lists
Returns
& Orders
1
Cart

All Buy Again Prime Video Subscribe & Save Kindle Books Books Customer Service Whole Foods

**Amazon Fashion** Women Men Kids Luggage Sales & Deals New Arrivals Amazon Brands

Sponsored

Clothing, Shoes & Jewelry › Men › Shoes › Slippers





Visit the EQUICK Store

# Slippers for Women and Men Shower Quick Drying Bathroom Sandals Open Toe Soft Cushioned Extra Thick Non-Slip Massage Pool Gym House Slipper for Indoor & OutdoorU220SYSTX-Milk tea-35-36

4.3 (115) | Search this page

Currently unavailable.
We don't know when or if this item will be back in stock.

## Product details

### Top highlights

| | |
|---|---|
| **Origin** | Imported |
| **Fur description** | Ethylene Vinyl Acetate |
| **Sole material** | Ethylene Vinyl Acetate |
| **Closure type** | Pull-On |

### About this item

- 【Ergonomic Design】 Unique design, effectively balance pressure, reduce feet stress. Our slippers deliver all-day comfort, long-lasting anatomical support. The engineering design of the hollow foot bed can effectively support the foot. With ergonomically designed gives your feet

See more

### Style

**Currently unavailable.**
We don't know when or if this item will be back in stock.
Deliver to Jianyin - Palmetto Bay 33157

Add to Auto Buy

Add to List

Sponsored





Ask Alexa

Are these slippers good for wide feet?

Can they be worn outdoors?

Is the sole flexible?

Why you might like this

Compare with similar

Ask something else

## Item details

See all product specifications

Report an issue with this product or seller

Sponsored

## 4 stars and above

Sponsored

Page 1 of 3



rosyclo Cloud Slippers for Women and Men Cushioned Thick Sole Slide Sandals | Pillo...
27,683
-20% $23.98
List: ~~$29.99~~
Tomorrow
FREE delivery **Tomorrow, Oct 10**
1 sustainability feature



shevalues Orthopedic Sandals for Women, Arch Support Recovery Flip Flops | Orthotic...
16,029
$20.99
FREE delivery **Tue, Oct 13**



Panda Bros Adjustable House Slippers for Men, Open Toe Slides Slippers | Soft Breat...
95
$23.99
FREE delivery **Mon, Oct 12**



Kattmas Slides for Women & Men - Bathroom Shower Shoes - Non Slip House...
74
-13% $12.99
List: ~~$14.99~~
FREE delivery **Oct 22 - 26** for Prime members



Leevar Cloud Slides for Women and Men, Pillow Slippers Shower Shoes | Cushioned Thi...
5,785
$10.44
Two-Day
FREE delivery **Sun, Oct 11**

## From the brand





## Product description




See More

## Looking for specific info?

Ask Alexa or search reviews and Q&A

Are these slippers good for wide feet?   Can they be worn outdoors?   Is the sole flexible?   Do they have arch support?

## Product Videos

USEQUICK
Men and Women Shower Pool Sandals Slippers with Ergonomic

Videos for this product




Men and Women Shower Pool Sandals Slippers with...
USEQUICK




EQUICK Slippers for Women and Men
USEQUICK



Slippers for Women and Men Shower Quick Drying Bathroom Sandals Ope...
37



EQUICK Slippers
Shower Quick Dr
11

## Product details

**Package Dimensions :** 11.54 x 5.35 x 4.29 inches; 7.05 ounces
**Department :** mens
**Date First Available :** June 12, 2020
**ASIN :** B08DKTD2PW
**Customer Reviews:** 4.3 (115)


## Related products with free delivery

Sponsored

Page 1 of 4



rosyclo Cloud Slippers for Women and Men Cushioned Thick Sole Slide Sandals | Pillo...
27,683
-20% $23[98]
List: ~~$29.99~~
Tomorrow
FREE delivery **Tomorrow, Oct 10**
1 sustainability feature



rosyclo Cloud Recovery Slides for Women and Men with Arch Support Sandals | Ultra-S...
392
-30% $13[99]
Typical: ~~$19.99~~
FREE delivery **Mon, Oct 12**
1 sustainability feature



Cloud Slides for Men Women, Comfy House Slippers Shower Shoes Non-Slip Lightweight ...
32
Amazon's Choice
-38% $9[99]
Typical: ~~$15.99~~
FREE delivery **Mon, Oct 12**



CUSHIONAIRE Fame Pillow Recovery Sandals for Women, Adjustable Double Buckle Waterp...
12,088
-33% $26[99]
List: ~~$39.99~~
Tomorrow
FREE delivery **Tomorrow, Oct 10**



Cloud Slides for Women and Men, Pillow Slippers Shower Shoes | Cushioned Thick Sole...
5,785
$10[44]
Two-Day
FREE delivery **Sun, Oct 11**




Sponsored


## Customer reviews

4.3 out of 5

115 global ratings

| | |
|---|---|
| 5 star | 67% |
| 4 star | 12% |
| 3 star | 13% |
| 2 star | 2% |
| 1 star | 6% |

How customer reviews and ratings work

## Customers say

Customers find these slippers comfortable and of good quality.

Generated from the text of customer reviews

**Select to learn more**

Comfort (8) | Quality (7)

## Customer photos and videos

See all ›









## Review this product

Share your thoughts with other customers

Write a customer review



Sponsored

## Top reviews from the United States

Jenn

**Amazing comfortable shoes.**

Reviewed in the United States on July 9, 2021

**Verified Purchase**

i wear a 5.5 or a 6 in women's. then in kids i wear a 3.5 or a 4 - i originally ordered the 5.5-6 option and they were too big. i returned and ordered the smallest size and I LOVE THEM SO MUCH!!! i even bought my mom a pair. i'm a nurse that works long shifts and my feet ache at the end of the day. when i come home i put these on around the house and they're so comfy and cute. 😌



Helpful Report

PkY

**Comfortable**

Reviewed in the United States on October 30, 2022

**Verified Purchase**

Ordered smallest size for my size 5 feet. Shoes fit more like a 6 boy that's ok since these are indoor slippers only. These are very comfortable and cozy cushy and other than the size, I have no complaints.

2 people found this helpful

Helpful Report

Adriana

**Super comfortable and soft loved them🙌🏽❤️**

Reviewed in the United States on June 15, 2021

**Verified Purchase**

Absolutely loved them❤️ I wear a size 6 in women I have small feet and the women size 4-4.5 fits me just perfect! Super soft nice material looks so nice and feel super comfortable! Highly recommend 10+ product



One person found this helpful

Helpful Report

Ashton

**One was smaller than other**

Reviewed in the United States on June 15, 2021

**Verified Purchase**

One shoe was smaller than the other:/ making them uncomfy and hard to wear

Helpful Report

Happy

**Good and Comfortable**

Reviewed in the United States on August 4, 2022

**Verified Purchase**

I had Wear this slipper 365 everyday. I Buy this slipper in Aug 2021, it is a good slipper ! And after wear it everyday after one year. It is needed for a new one, this slipper it self really did not look much different then I first buy this slipper. I choose to buy same style of this slipper again Aug 2022.

Helpful Report

Yanitza Garcia

**They run a bit small**

Reviewed in the United States on July 21, 2020

Verified Purchase

They run small, order one size up. Super comfortable and not heavy at all. They are like walking on marshmallows. Definitely would buy more.



104 people found this helpful

Helpful Report

Katitadogfriend

**Do your feet a favor!**

Reviewed in the United States on July 4, 2022

Verified Purchase

Top From the Brand Questions Reviews Similar



Slippers for Women and Men Shower Quick Drying...

Subtota
$229.9
Go to Ca

experience with these super-comfortable slippers.

Helpful Report





restie hisole

**I love it!!**

Reviewed in the United States on June 29, 2021

Verified Purchase

Omg!! Stylish and very comfortable!! Recommended ☺️



$229.9

1

Helpful Report

See more reviews

## Products related to this item Sponsored

Page 1 of 29



Joomra Pillow Slippers for Women and Men Thick Sole Ultra Cushion Slides | Cloud-Li...
44,801
#1 Best Seller
-23% $23.99
List: ~~$31.18~~
Tomorrow
FREE delivery **Tomorrow, Oct 10**



Massage Slippers Acupressure Foot Open Toe Reflexology Sandals Relief Neuropathy Ar...
367
$15.69 ($15.69 / count)
FREE delivery **Mon, Oct 12**



Cloud Slides for Women and Men, Pillow Slippers Shower Shoes | Cushioned Thick Sole...
5,785
$10.44
Two-Day
FREE delivery **Sun, Oct 11**



CUSHIONAIRE Fuel EVA Recovery Shoes for Men, Lightweight Slip On Waterproof Sneaker...
494
-33% $39.99
List: ~~$59.99~~
Tomorrow
FREE delivery **Tomorrow, Oct 10**



CUSHIONAIRE Fame Pillow Recovery Sandals for Women, Adjustable Double Buckle Waterp...
12,088
Amazon's Choice
-33% $26.99
List: ~~$39.99~~
Tomorrow
FREE delivery **Tomorrow, Oct 10**

## Deals on related products Sponsored



FITORY Mens Sandals,Arch Support Slides Adjustable Buckles Cork Footbed |...
6,831
Amazon's Choice
Limited time deal
-42% $28.98
List: ~~$49.99~~
FREE delivery **Tue, Oct 13**



FitVille Men's Wide Sandals Orthopedic Athletic Sandals with Arch Support...
373
Limited time deal
-30% $27.71
Typical: ~~$39.59~~
FREE delivery **Wed, Oct 14** for Prime members



KIIU Mens Thong Sandals Indoor and Outdoor Beach Flip Flop
45,913
Limited time deal
-10% $25.99
Typical: ~~$28.99~~
Tomorrow
FREE delivery **Tomorrow, Oct 10**



Go Tour Men's Arch Support Flip Flops Non-Slip Soft Cushion Thong Sandals Lightweig...
28
Limited time deal
-10% $51.29
Typical: ~~$56.99~~
Two-Day
FREE delivery **Sun, Oct 11**



AIRHAS Men's Wide Toe Box Slip on Athletic Walking Shoes Knit Tennis Shoes | Lightw...
46
Limited time deal
-10% $41.39
Typical: ~~$45.99~~
Tomorrow
FREE delivery **Tomorrow, Oct 10**



Sponsored

Back to top

**Get to Know Us**
- Careers
- Amazon Newsletter
- About Amazon
- Accessibility

**Make Money with Us**
- Sell on Amazon
- Sell apps on Amazon
- Supply to Amazon
- Protect & Build Your Brand

**Amazon Payment Products**
- Amazon Visa
- Amazon Store Card
- Amazon Secured Card
- Amazon Business Card
- Shop with Points

**Let Us Help You**
- Your Account
- Your Orders
- Customer Service
- Shipping Rates & Policies

Case: 1:25-cv-10772 Document #: 50-1 Filed: 10/09/26 Page 8 of 8 PageID #:567

Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter
Promotional Financing

Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Product Safety Tips
Registry & Gift List

English | United States

Amazon Music Stream millions of songs
Amazon Ads Reach customers wherever they spend their time
6pm Score deals on fashion brands
AbeBooks Books, art & collectibles
ACX Audiobook Publishing Made Easy
Sell on Amazon Start a Selling Account
Veeqo Shipping Software Inventory Management
Amazon Business Everything For Your Business
Groceries at Amazon Groceries & More Right To Your Door
AmazonGlobal Ship Orders Internationally
Home Services Experienced Pros Happiness Guarantee
Amazon Web Services Scalable Cloud Computing Services
Audible Listen to Books & Original Audio Performances
Box Office Mojo Find Movie Box Office Data
Goodreads Book reviews & recommendations
IMDb Movies, TV & Celebrities
IMDbPro Get Info Entertainment Professionals Need
Kindle Direct Publishing Indie Digital & Print Publishing Made Easy
Amazon Photos Unlimited Photo Storage Free With Prime
Prime Video Direct Video Distribution Made Easy
Shopbop Designer Fashion Brands
Amazon Resale Great Deals on Quality Used Products
Whole Foods Market America's Healthiest Grocery Store
Woot! Deals and Shenanigans
Zappos Shoes & Clothing
Ring Smart Home Security Systems
eero WiFi Stream 4K Video in Every Room
Blink Smart Security for Every Home
Neighbors App Real-Time Crime & Safety Alerts
PillPack Pharmacy Simplified
Amazon Renewed Refurbished tech you can trust
Amazon Luna Video games from the cloud, no console required

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices

© 1996-2026, Amazon.com, Inc. or its affiliates