Case: 1:25-cv-10772 Document #: 50-2 Filed: 10/09/25 Page 1 of 10 PageID #:568

US00D985901S

# (12) United States Design Patent
Chen

(10) Patent No.: **US D985,901 S**
(45) Date of Patent: ** **May 16, 2023**

(54) **SLIPPER**

(71) Applicant: **Li Chen**, Fujian (CN)

(72) Inventor: **Li Chen**, Fujian (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/808,632**

(22) Filed: **Sep. 22, 2021**

(51) **LOC (14) Cl.** ............................................ **02-04**

(52) **U.S. Cl.**
USPC ............................................ **D2/919**; D2/916

(58) **Field of Classification Search**
USPC .......... D2/896–900, 916–926, 946–955, 969
CPC .. A43B 3/12; A43B 3/128; A43B 3/10; A43B 3/102
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

2,226,110 A * 12/1940 Dee ........................ A43B 3/102 D2/974
RE29,041 E * 11/1976 Fukuoka ................ A43B 3/102 36/11.5
D275,145 S * 8/1984 Glatz ............................ D2/916
D275,525 S * 9/1984 Nakao ............................ D2/918
D292,441 S * 10/1987 Gamm ............................ D2/916
D317,828 S * 7/1991 Rogers ............................ D2/953
D410,137 S * 5/1999 Kelley ............................ D2/947
D485,972 S * 2/2004 Magro ............................ D2/951
8,109,012 B2 * 2/2012 Sarantakos .............. A43B 5/08 36/8.1
D783,955 S * 4/2017 Fullerton ....................... D2/916
D843,090 S * 3/2019 Fongher ......................... D2/916
D895,250 S * 9/2020 Howe ........................... D2/972
D927,148 S * 8/2021 Song ............................. D2/916
2012/0174439 A1 * 7/2012 O'Connor ........... A43B 13/141 36/11.5

* cited by examiner

*Primary Examiner* — Rashida C. Walshon
(74) *Attorney, Agent, or Firm* — True Shepherd, LLC; Andrew Cheng

(57) **CLAIM**

The ornamental design for a slipper, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right, and top perspective view of a slipper, showing my design.
FIG. **2** is a rear, right, and bottom perspective view thereof.
FIG. **3** is a front elevation view thereof.
FIG. **4** is a rear elevation view thereof.
FIG. **5** is a left side elevation view thereof.
FIG. **6** is a right side elevation view thereof.
FIG. **7** is a top plan view thereof.
FIG. **8** is a bottom plan view thereof; and,
FIG. **9** is a partial enlarged view of an area labeled **9** in FIG. **1** comprising an inside shoes part.
A right shoe of the slipper is a mirror image of the left shoe as shown in FIGS. **1** to **8**.

**1 Claim, 9 Drawing Sheets**






FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9