EUIPO
EUROPEAN UNION
INTELLECTUAL PROPERTY OFFICE

OPERATIONS DEPARTMENT

D113D

# Copia Certificada ⬩ Beglaubigte Abschrift ⬩ Certified Copy
# Copie Certifiée ⬩ Copia Autenticata

Por el presente se certifica que el documento que se adjunta es una copia conforme del certificado de registro para el dibujo o modelo comunitario cuyo número y fecha de registro aparecen a continuación.

Hiermit wird bestätigt, dass die Abschrift, die diesem Beleg beigeheftet ist, eine genaue Abschrift der Eintragungsurkunde ist, die für das Gemeinschaftsgeschmacksmuster mit der nachstehenden Eintragungsnummer und dem nachstehenden Eintragungstag ausgestellt wurde.

This is to certify that the attached document is an exact copy of the certificate of registration issued for the registered Community design bearing the registration number and date indicated below.

Par la présente, il est certifié que le document annexé est une copie conforme du certificat d'enregistrement délivré pour le dessin ou modèle communautaire portant le numéro et la date d'enregistrement qui figurent ci-après.

Con la presente si certifica che l'allegato documento è una copia conforme del certificato di registrazione per il disegno o modello comunitario contrassegnato dal numero e dalla data di registrazione riportati sotto.

| Núm./Nr./No/n°/n. | Fecha/Datum/Date/Date/Data |
|---|---|
| **008772289-0007** | **23/11/2021** |

Alicante, 15/12/2021

**Karin KUHL**

Departamento de Operaciones
Hauptabteilung Kerngeschäft
Operations Department
Département «Opérations»
Dipartimento Operazioni

Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado registro dibujo o modelo comunitario / Abschrift Eintragungsurkunde Gemeinschaftsgeschmacksmusters / Certificate registration Community design / Certificat enregistrement dessin ou modèle communautaire / Certificato registrazione disegno o modello comunitario

EUIPO
EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

*Registered / Eingetragen 23/11/2021*

*No 008772289-0007*

# EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE
# CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Registered Community Design identified below. The corresponding entries have been recorded in the Register of Community Designs.

# AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM
# EINTRAGUNGSURKUNDE

Diese Eintragungsurkunde wird für das unten genannte eingetragene Gemeinschaftsgeschmackmuster ausgestellt. Die entsprechenden Einträge sind in das Register für Gemeinschaftsgeschmacksmuster aufgenommen worden.

*The Executive Director / Der Exekutivdirektor*

*Christian Archambeau*



www.euipo.europa.eu

| | | | | |
|---|---|---|---|---|
| Page 1 of 4 | COPY | RCD 008772289-0007 | Alicante, 15/12/2021 | |

Identification Code: GPJJ3TBGAJO3E5XIMTMXVAAAOI

Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado registro dibujo o modelo comunitario / Abschrift Eintragungsurkunde Gemeinschaftsgeschmacksmusters / Certificate registration Community design / Certificat enregistrement dessin ou modèle communautaire / Certificato registrazione disegno o modello comunitario

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM

21 008772289-0007
25 EN - DE
22 23/11/2021
15 23/11/2021
45 14/12/2021
11 008772289-0007
73 Ruicheng Lin
Via Aspromonte, 23
I-36015 Schio VI
ITALIA
-
Xianliang LIN
1C
Block 10
Yongheng New Village
No. 108
Beihuan West Road
Gulou District
Fuzhou City, Fujian Province
REPÚBLICA POPULAR DE CHINA
51 02 - 04
54 BG - Пантофи

ES - Zapatillas de estar por casa

CS - Domácí obuv

DA - Hjemmesko

DE - Hausschuhe

ET - Sussid

EL - Παντόφλες

EN - Slippers

FR - Pantoufles

IT - Pantofole

LV - Čības

LT - Šlepetės

HR - Papuče

HU - Papucsok

MT - Papoċċi

NL - Pantoffels

PL - Pantofle domowe

PT - Pantufas

RO - Papuci de casă

SK - Papuče

SL - Copati

FI - Tohvelit

SV - Tofflor

30 -
57
55



Identification Code: GPJJ3TBGAJO3E5XIMTMXVAAAOI

Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado registro dibujo o modelo comunitario / Abschrift Eintragungsurkunde Gemeinschaftsgeschmacksmusters / Certificate registration Community design / Certificat enregistrement dessin ou modèle communautaire / Certificato registrazione disegno o modello comunitario

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0007.1



0007.2



0007.3



0007.4



Identification Code: GPJJ3TBGAJO3E5XIMTMXVAAAOI

Copia Certificada / Beglaubigte Abschrift/ Certified Copy / Copie Certifiée / Copia Autenticata
Certificado registro dibujo o modelo comunitario / Abschrift Eintragungsurkunde Gemeinschaftsgeschmacksmusters / Certificate registration Community design / Certificat enregistrement dessin ou modèle communautaire / Certificato registrazione disegno o modello comunitario

EUROPEAN UNION INTELLECTUAL PROPERTY OFFICE

AMT DER EUROPÄISCHEN UNION FÜR GEISTIGES EIGENTUM



0007.5



0007.6



Identification Code: GPJJ3TBGAJO3E5XIMTMXVAAAOI