UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHEN LI,
Plaintiff,

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,
Defendants.

Case No. 1:25-cv-10772
Hon. Edmond E. Chang

___________________________________/

**DECLARATION OF XIANLIANG LIN IN SUPPORT OF DEFENDANTS BRONAX SNEAKER AND JOOMRA DIRECT' S EXPEDITED MOTION TO DISSOLVE THE TEMPORARY RESTRAINING ORDER AND TO RELEASE THE ASSET RESTRAINT**

I, Xianliang Lin, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am an individual residing in the People' s Republic of China. I am a co-owner, together with Ruicheng Lin, of Registered Community Design No. 008772289-0007 (the "RCD"), which was registered at the European Union Intellectual Property Office on November 23, 2021, for an ornamental design for a slipper. A certified copy of the Certificate of Registration for the RCD is attached as Exhibit A to Defendants' Expedited Motion to Dissolve the Temporary Restraining Order (the "Motion").

2. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to the matters stated herein.

3. I am also the owner of the U.S. trademark registrations for the marks BRONAX (Registration No. 5695875) and JOOMRA (Registration No. associated with Serial No. 98466141), which are used in connection with footwear, including slippers and slides.

4. The design embodied in RCD No. 008772289-0007 was independently originated and developed by me and Ruicheng Lin. The RCD was filed and registered while the application for U.S. Design Patent No. D985,901 S (the ' "901 Patent") remained confidential and under seal pursuant to 35 U.S.C. § 122(a), and was not publicly available until the ' 901 Patent issued on May 16, 2023.

5. I, together with Ruicheng Lin, have authorized Defendants BRONAX SNEAKER (Amazon seller ID A3POV79EGG2T2T) and JOOMRA DIRECT (Amazon seller ID AD46DSIZFHI7U) to manufacture, produce, offer for sale, sell, and distribute products embodying the ornamental design protected by RCD No. 008772289-0007, for commercial production and sales purposes, including through Amazon.com and related e-commerce platforms.

6. This authorization was granted for legitimate production and commercial purposes in connection with the BRONAX and JOOMRA brands and was made independently of, and without reference to or copying from, any confidential information in Plaintiff' s then-pending U.S. design patent application. Defendants BRONAX SNEAKER and JOOMRA DIRECT have acted under this authorization in offering and selling the products at issue.

7. The drawings in RCD No. 008772289-0007 depict an open-toe slide slipper with a cushioned footbed and wide strap that is substantially the same in overall visual appearance as the products sold by the authorized Defendants. The design was developed and protected in Europe prior to any public disclosure of the claimed design in the ' 901 Patent.

8. I make this Declaration in support of the Motion filed by Defendants BRONAX SNEAKER and JOOMRA DIRECT seeking to dissolve the Temporary Restraining Order entered on October 8, 2026 [Dkt. 48], and the accompanying asset restraint, as to those Defendants only.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Oct. 13, 2026, in Fuzhou City, People' s Republic of China.

Xianliang Lin

Xianliang Lin
Co-Owner of Registered Community Design No. 008772289-0007

Address: Block 10, Yonghang New Village, No. 108, Qinhuan West Road, Gulou District, Fuzhou City, Fujian Province, People' s Republic of China