**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHEN LI,
Plaintiff,

Case No. 1:25-cv-10772
Hon. Edmond E. Chang

v.

THE PARTNERSHIPS and
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,
Defendants.
_________________________________/

**DECLARATION REGARDING PERSONAL VERIFICATION OF WEBSITES AND LINKS CITED IN DEFENDANTS' EXPEDITED MOTIONS TO DISSOLVE THE TEMPORARY RESTRAINING ORDER**

I, Jianyin Liu, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am counsel of record for Defendants USEQUICK, Quanzhouxuanyumaoyiyouxiangongsi, BRONAX SNEAKER and JOOMRA DIRECT. I make this declaration based on my personal knowledge of the facts set forth herein. If called as a witness, I could and would testify competently to the matters stated.

2. In connection with the preparation and filing of the following expedited motions to dissolve the Temporary Restraining Order entered October 8, 2026 [Dkt. 48], I personally accessed, reviewed, and verified the websites and links cited in those motions:

a. Defendant USEQUICK's Expedited Motion to Dissolve the Temporary Restraining Order and to Release the Asset Restraint, filed October 9, 2026 [Dkt. 50];

b. Defendants BRONAX SNEAKER and JOOMRA DIRECT's Expedited Motion to Dissolve the Temporary Restraining Order and to Release the Asset Restraint, filed October 12, 2026 [Dkt. 53]; and

c. Defendant Quanzhouxuanyumaoyiyouxiangongsi's Expedited Motion to Dissolve the Temporary Restraining Order and to Release the Asset Restraint, filed October 13, 2026 [Dkt. 57].

3. On or about October 9, 2026 (and again on or about October 13, 2026), I personally visited and reviewed the following Amazon.com pages and links referenced in the motions:

a. The product listing for ASIN B08DKTD2PW at https://www.amazon.com/dp/B08DKTD2PW (and related product detail pages), which stated, among other things, "Date First Available: June 12, 2020";

b. The customer reviews page for the same ASIN at https://www.amazon.com/portal/customer-reviews/B08DKTD2PW/ref=cm_cr_dp_d_show_all_top?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews (and the specific review links/pages referenced in the motions); and

c. The verified-purchase customer reviews and associated photographs cited in the motions, including those attributed to Yanitza Garcia (July 21, 2020), Jenn (July 9, 2021), and Adriana (June 15, 2021 / July 15, 2021).

4. The printouts and screenshots attached as exhibits to the motions (including Exhibit A to Dkt. 50 and the figures in Dkts. 50, 53, and 57) accurately reflect the content of the web pages as I personally observed them on the dates indicated in the motions (last visited on or about October 9, 2026, and re-checked on or about October 13, 2026). The pages displayed the product

information, “Date First Available,” customer review text, star ratings, verified-purchase indicators, and photographs described and depicted in the motions.

5. I also personally reviewed the other publicly available materials and links referenced in the motions to the extent they were cited for the prior-art and listing-history points, and confirmed that the descriptions and quotations in the motions are consistent with what appeared on those pages at the times of my visits.

6. I make this declaration in support of the above-referenced motions seeking to dissolve the Temporary Restraining Order and related asset restraint as to the moving defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Oct. 13, 2026, in Miami, Florida.

/s/ Jianyin Liu
Jianyin Liu
Counsel of Record