**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Chen Li

Plaintiff,

v.

Case No.: 1:25−cv−10772

Honorable Edmond E. Chang

The Partnership and Unincorporated Associations Identified On Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 9, 2026:

MINUTE entry before the Honorable Edmond E. Chang: On the Plaintiff's motion for additional early discovery, and the Defendants' response, the motion [77] is granted for good cause. There is nearly zero burden on the Defendants to provide that basic information, and to verify it under oath rather than rely on a non−party subpoena recipient. The Plaintiffs shall immediately transmit the discovery requests on defense counsel, and the Defendants shall respond by 11/23/2026. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.